UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00133-D-RJ-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERTO LOPEZ-GOMEZ | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 454. The Court is of the opinion that this motion should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under seal.

This **28** day of October, 2025.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE